UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                    CASE NO. 8:14-CR-423-T-17AEP

ASHISH SANON.

_____/

ORDER

This cause is before the Court on:

Dkt. 35     Motion for Early Termination of Probation

Defendant Ashish Sanon requests early termination of probation, having served more than two-thirds of the term of probation.

After entering into a plea agreement (Dkt. 4), on January 23, 2015, Defendant Sanon was sentenced to a term of thirty-six months probation (Dkt. 26). A Forfeiture Money Judgment in the amount of $250,000.00 was entered (Dkt. 25). A Notice of Satisfaction (Dkt. 31) has been filed.

The U.S. Probation Office does not oppose early termination. The U.S. Attorney's Office takes no position as to early termination.

18 U.S.C. Sec. 3564(c) provides:

(c) Early termination.– The court, after considering the factors set forth in section 3553(a) to the extent that they are applicable, may, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, terminate a term of probation previously ordered and discharge the defendant at any time in the case of a misdemeanor or an infraction or at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice.

Case No. 8:14-CR-423-T-17AEP

The § 3553(a) factors that the Court must consider are: (1) the nature and circumstances of the offense and the history and characteristics of the defendant; (2) the need for the sentence to reflect the seriousness of the offense; (3) the need to promote respect for the law and afford adequate deterrence to criminal conduct; (4) the need for the sentence imposed to protect the public from further crimes of the defendant; (5) the need for the sentence imposed to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner; (6) the kinds of sentences available; (7) the guidelines range; (8) pertinent policy statements issued by the Sentencing Commission; (9) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and (10) the need to provide restitution to any victims of the offense. 18 U.S.C. Sec. 3553(a)(1)-(7).

After consideration, in light of the current posture of this case, and after consideration of the Sec. 3553(a) factors, the Court is satisfied that early termination is warranted by Defendant Sanon's conduct and is in the interest of justice. The Court grants Defendant's Motion for Early Termination of Probation. Accordingly, it is

**ORDERED** that Defendant Ashish Sanon's Motion for Early Termination of Probation (Dkt. 35) is **granted.**

Case No. 8:14-CR-423-T-17AEP

**DONE and ORDERED** in Chambers in Tampa, Florida on this 18th day of April, 2017.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record
U.S. Probation Office
U.S. Marshal